UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:12-CR-060 JD |
| | ) | |
| JANELLE KINCSES | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on June 26, 2012 [DE 6]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Janelle Kincses' plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 21 U.S.C. § 841(a)(1).

SO ORDERED.

ENTERED:   July 18, 2012

      /s/ JON E. DEGUILIO
Judge
United States District Court